IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00340-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ELBERT TOJUAN MCNEILL | : |
| a/k/a "Chicken" | : |

## MOTION FOR ISSUANCE OF AN AMENDED JUDGMENT

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, pursuant to Fed. R. Crim. P. 36, respectfully requests that the Court issue an amended judgment in this case. In support thereof, the United States shows unto the Court as follows:

1. On August 4, 2020, the Court entered a Preliminary Order of Forfeiture [DE-71] directing "the Clerk of Court to incorporate a reference to the Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.3(b)(4)(B)."

2. On August 3, 2020, the Judgment [DE-73] was rendered without said Order being reflected in the Schedule of Payments on page 8 of the Judgment.

3. Fed. R. Crim. P. 36 provides that "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment." Rule 36 provides the proper mechanism for the district court to amend the judgment "to

1

accurately reflect its intention at sentencing to include the forfeiture." *United States v. Isaacs*, 88 F. App'x 654 (4th Cir. 2004).

WHEREFORE, the United States requests that this Court issue an Amended Judgment incorporating by reference the Preliminary Order of Forfeiture previously entered on August 4, 2020.

Respectfully submitted, this 26th day of August, 2020.

                ROBERT J. HIGDON, JR.
                United States Attorney

                BY:  /s/ Matthew L. Fesak
                     MATTHEW L. FESAK
                Assistant United States Attorney
                Attorney for Plaintiff
                Civil Division
                150 Fayetteville Street, Ste. 2100
                Raleigh, NC   27601
                Telephone:   (919) 856-4530
                Facsimile:    (919) 856-4821
                E-mail: matthew.fesak@usdoj.gov
                NC State Bar No. 35276

## CERTIFICATE OF SERVICE

I certify that I have on this 26th day of August, 2020, served a copy of the foregoing Motion for Issuance of an Amended Judgment upon counsel electronically via ECF:

Neil W. Morrison
Email: neil@neilmorrisonlaw.com

        ROBERT J. HIGDON, JR.
        United States Attorney

        BY: /s/ Matthew L. Fesak
            MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar #35276
        Attorney for Plaintiff

3

Case 5:18-cr-00340-D   Document 75   Filed 08/26/20   Page 3 of 3