IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00340-D

UNITED STATES OF AMERICA :
:
v. :
:
ELBERT TOJUAN MCNEILL :
a/k/a "Chicken" :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 4, 2020 this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853, based upon the defendant's plea of guilty to offenses in violation of 21 U.S.C. §§ 841(a)(1), 846 and 18 U.S.C. § 924(d)(1), preliminarily forfeiting to the United States the defendant's interest in certain property, to wit:

- $720.00[1] in U.S. Currency seized from the defendant;
- Twenty-three (23) 9 mm rounds of ammunition, and
- Eighteen (18) .410 gauge cartridges;

AND WHEREAS, it appears from the record that the actual amount to be forfeited is $720.00 rather than the $1,090.00 U.S. Currency listed in the August 4, 2020 Preliminary Order of Forfeiture;

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less

---

[1] The original amount listed in the Preliminary Order of Forfeiture was $1,090.00 in U.S. Currency; but is corrected herein to read $720.00 in U.S. currency.

1

than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property is hereby forfeited to the United States. That the United States Marshals Service and/or the Federal Bureau of Investigation is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this 12-day of February, 2021.

JAMES C. DEVER III
United States District Judge