ELBERT TOJUAN MCNEILL
REG. NO. 65851-056
FCI BENNETTSVILLE
FEDERAL CORR. INSTITUTION
P.O. BOX 52020
BENNETTSVILLE, SC 29512

June 2, 2022

Mr. Peter A. Moore, Jr.
Clerk of Court
U.S. District Court
Eastern District of North Carolina
Western Division
P.O. Box 25670
Raleigh, NC 27611

    RE:   *United States v McNeil*
            Crim No. 5:22-cv-00066-D

Dear Mr. Moore:

Enclosed please find and accept for filing Movant's Motion for Extension of Time to File Reply to Dismiss Petitioner's § 2255 Motion. Please submit this motion to the Court.

Thank you for your assistance in this matter.

                                        Sincerely,

                                        /s/ Elbert T. McNeill
                                        ELBERT TOJUAN MCNEIL
                                        Appearing *Pro Se*

*Encl. as noted*